George Breck et al., trading as Vitaslide Company, appellants, v. Comet Automobile Company, appellee.

Action to recover the purchase price of goods after delayed delivery. Judgment for plaintiffs for nominal damages. Appeal from the Circuit Court of Macon county; the Hon. William K. Whitfield, Judge, presiding. Heard in this court at the October term, 1919. Reversed with finding of facts on cross errors. Opinion filed April 27, 1920.

Wiley & Morey, for appellants. Vail, Pogue & Allen, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

Eliza J. Kinney, appellee, v. Jacob Davis, appellant.

Appeal from the Circuit Court of Cass county, from order denying a new trial; the Hon. Guy R. Williams, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 27, 1920.

A. A. Leeper, for appellant. Bellatti, Bellatti & Moriarty, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

Lida Wells, appellee, v. George W. Pittman, appellant.

Appeal to the circuit court from an order of the probate court appointing a conservator for a feeble-minded person. Judgment for plaintiff. Appeal from the Circuit Court of Piatt county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1919. Reversed. Opinion filed April 27, 1920.

Herrick & Herrick, for appellant. F. M. Shonkwiler and E. J. Hawbaker, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

Arvesta F. Downs, appellant, v. John Henry Jansen, appellee.

Assumpsit by landlord to recover for the hauling of corn which tenant was to give as rent. Judgment for defendant. Appeal from the Circuit Court of Logan county; the Hon. T. M. Harris, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed April 27, 1920.

Beach & Trapp, for appellant. McCormick & Murphy, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.